**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Nebraska
(State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                   12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Abengoa Bioenergy of Nebraska, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Nordic Biofuels of Ravenna, L.L.C.

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 16150 Main Circle Drive | |
   | Number    Street | Number    Street |
   | Suite 300 | |
   |  | P.O. Box |
   | Chesterfield    MO    63017 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   |  | **Location of principal assets, if different from principal place of business** |
   | St. Louis | |
   | County | Number    Street |
   |  |  |
   |  | City    State    ZIP Code |

Debtor   **Abengoa Bioenergy of Nebraska, LLC**          Case number (if known)_____
         Name

### 6. Debtor's website (URL) _____

### 7. Type of debtor
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

### 8. Type of debtor's business

Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

☑ No
☐ Yes. Debtor _____  Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

         Debtor _____  Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205          Involuntary Petition Against a Non-Individual          page 2

Debtor   **Abengoa Bioenergy of Nebraska, LLC**         Case number (if known) _____
         Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gavilon Grain, LLC | Money Due Grain Sold | $ 2,276,743.75 |
| Farmers Cooperative Association | Money Due Grain Sold | $ 362,269.00 |
| The Andersons, Inc. | Money Due Grain Sold | $ 1,434,813.38 |
| | Total of petitioners' claims | $ 4,073,826.13 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Gavilon Grain, LLC
Name

1331 Capitol Avenue
Number  Street

Omaha                    NE         68102
City                     State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

William M. Vernon
Name

1331 Capitol Avenue
Number  Street

Omaha                    NE         68102
City                     State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/01/2016
            MM / DD / YYYY

✗ /s/ William M. Vernon
Signature of petitioner or representative, including representative's title

### Attorneys

James J. Niemeier, Esq.
Printed name

McGrath North Mullin & Kratz, PC LLO
Firm name, if any

1601 Dodge Street, Suite 3700
Number  Street

Omaha                    NE         68102
City                     State      ZIP Code

Contact phone  402-341-3070   Email jniemeier@mcgrathnorth.com

Bar number  18838

State  NE


✗ /s/ James J. Niemeier
Signature of attorney

Date signed  02/01/2016
            MM / DD / YYYY

Debtor　Abengoa Bioenergy of Nebraska, LLC
Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Farmers Cooperative Association
Name

35885 Ravenna Road
Number　Street

Ravenna　　　　　NE　　　68869
City　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

Pamela M. Treffer, CEO
Name

35885 Ravenna Road
Number　Street

Ravenna　　　　　NE　　　68869
City　　　　　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/01/2016
　　　　　　MM / DD / YYYY

✗ /s/ Pamela M. Treffer
Signature of petitioner or representative, including representative's title

---

James J. Niemeier, Esq.
Printed name

McGrath North Mullin & Kratz, PC LLO
Firm name, if any

1601 Dodge Street, Suite 3700
Number　Street

Omaha　　　　　　NE　　　68102
City　　　　　　　State　　ZIP Code

Contact phone 402-341-3070　Email jniemeier@mcgrathnorth.com

Bar number 18838

State NE

✗ /s/ James J. Niemeier
Signature of attorney

Date signed 02/01/2016
　　　　　　MM / DD / YYYY

---

**Name and mailing address of petitioner**

The Andersons, Inc.
Name

480 W. Dussell Drive
Number　Street

Maumee　　　　　OH　　　43537
City　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

Naran Burchinow, Sr. VP, Gen. Counsel & Secretary
Name

480 W. Dussell Drive
Number　Street

Maumee　　　　　OH　　　43537
City　　　　　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/01/2016
　　　　　　MM / DD / YYYY

✗ /s/ Naran Burchinow
Signature of petitioner or representative, including representative's title

---

James J. Niemeier, Esq.
Printed name

McGrath North Mullin & Kratz, PC LLO
Firm name, if any

1601 Dodge Street, Suite 3700
Number　Street

Omaha　　　　　　NE　　　68102
City　　　　　　　State　　ZIP Code

Contact phone 402-341-3070　Email jniemeier@mcgrathnorth.com

Bar number 18838

State NE

✗ /s/ James J. Niemeier
Signature of attorney

Date signed 02/01/2016
　　　　　　MM / DD / YYYY